**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-02514-BNB

GARY DEWILLIAMS,

    Applicant,

v.

ERIC HOLDER, United States Attorney General, and
EDWARD REILLY, Chairman U.S. Parole Commission,

    Respondents.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE ZITA LEESON WEINSHIENK

    The motion to rescind that Applicant, Gary DeWilliams, submitted to and filed with the Court on December 18, 2009, is DENIED as moot. The instant habeas corpus application was denied and the action dismissed without prejudice in an order filed on December 17, 2009.

Dated:  December 21, 2009